**Hosie Lee WARREN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63000.**

Missouri Court of Appeals,
Western District.

Aug. 17, 2004.

Andrew Schroeder, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Deborah Daniels, Office of Attorney General, Jefferson City, for Respondent.

Before EDWIN H. SMITH, Chief Judge, HAROLD L. LOWENSTEIN, Judge, and PAUL M. SPINDEN, Judge.

## ORDER

Hosie Lee Warren appeals the circuit court's judgment denying his motion for post-conviction relief without an evidentiary hearing. We affirm. Rule 84.16(b).